AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
18 U.S.C., Section 922(g)(1) -
Felon in Possession of a Firearm
(Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of Ten Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**
▶ MONTRECE LAMONT GORDON

**DISTRICT COURT NUMBER**
CR 07 0729 PJH

FILED
NOV 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

### PROCEEDING
**Name of Complainant Agency, or Person (&Title, if any)**
ATF

☑ person is awaiting trial in another Federal or State Court, give name of court
San Francisco County

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70599 EMC

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
DEREK R. OWENS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of Institution
San Francisco County Jail

Has detainer been filed? ☐ Yes ☑ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ 9/7/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

MONTRECE LAMONT GORDON

E-filing

CR 07 0729 PJH

DEFENDANT.

## INDICTMENT

INDICT

A true bill.

_____
Foreman

Filed in open court this __15__ day of

NOVEMBER

_____
Clerk

Bail, $ No bail warrant

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTRECE LAMONT GORDON,<br><br>Defendant. | CR. No. 07-0729<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm<br><br>SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

On or about September 7, 2007, in the Northern District of California, the defendant,

MONTRECE LAMONT GORDON,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Smith & Wesson, .38 caliber revolver,

//
//
//

INDICTMENT

1  serial number 301151, in and affecting interstate commerce, in violation of Title 18, United
2  States Code, Section 922 (g)(1).
3
4  DATED:                                              A TRUE BILL.
5  11-15-07
6                                                     /s/ FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 GREGG W. LOWDER
   Chief, Major Crimes Section
11
12
13 (Approved as to form: _____)
                        AUSA OWENS
14

INDICTMENT                                2