SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6488
    Fax:  (415) 436-7234
    Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0729 PJH |
| )<br>Plaintiff, )<br>) | **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. )<br>) | |
| MONTRECE LAMONT GORDON, )<br>) | |
| Defendant. ) | |

    To the Honorable Bernard Zimmerman, United States District Court Judge of the United States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner MONTRECE LAMONT GORDON, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is required to appear in the above-entitled matter in this Court, and

//
//
//
//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0729 PJH

therefore petitioner requests that this Court issue the Writ as presented.

DATED: November 20, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

           /s/ Derek Owens
_____
DEREK R. OWENS
Assistant United States Attorney

IT IS SO ORDERED.

DATED:

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0729 PJH
2

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To: Federico Rocha, United States Marshal for the Northern District of California; any of his |
| 3 | authorized deputies; and the Jailor, Warden, or Sheriff of the California Department of |
| 4 | Corrections and Rehabilitation Facility at San Quentin, San Quentin, CA 94964, (415) 454-1460. |
| 5 |   |
| 6 | **GREETINGS** |
| 7 | WE COMMAND that on December 18, 2007, at 9:30 p.m., you have and produce the |
| 8 | body of MONTRECE LAMONT GORDON, California Department of Corrections number |
| 9 | H032496, in your custody in the above-referenced institution, before the United States District |
| 10 | Court in and for the Northern District of California, in the Courtroom of the Honorable Maria |
| 11 | Elena James, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so |
| 12 | MONTRECE LAMONT GORDON may then and there appear for a status appearance upon the |
| 13 | charges filed against him in the above-captioned case, and that immediately after said hearing to |
| 14 | return him forthwith to the above-referenced institution, or to abide by such order of the above- |
| 15 | entitled Court concerning the custody of MONTRECE LAMONT GORDON, and to further |
| 16 | produce MONTRECE LAMONT GORDON at all times necessary until the termination of the |
| 17 | proceedings in this Court; |
| 18 | WE FURTHER COMMAND that if the prisoner is to be released from custody in the |
| 19 | above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States |
| 20 | Marshal or any of his authorized deputies pursuant to this writ. |
| 21 | WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the |
| 22 | United States District Court for the Northern District of California. |
| 23 |   |
| 24 | DATED:                                                                   CLERK |
| 25 |                                                                                    UNITED STATES DISTRICT COURT
                                                                                    NORTHERN DISTRICT OF CALIFORNIA |
| 26 |   |
| 27 |                                                                                    _____
                                                                                    DEPUTY CLERK |
| 28 |   |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0729 PJH

3