1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DEREK R. OWENS (CABN 230237)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California  94102
        Telephone:  (415) 436-6488
7       Fax:  (415) 436-7234
        Email: Derek.Owens@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )      No. CR 07-0729 PJH
                                     )
14          Plaintiff,               )
                                     )
15     v.                            )      **PETITION FOR AND WRIT OF**
                                     )      **HABEAS CORPUS AD**
16  MONTRECE LAMONT GORDON,          )      **PROSEQUENDUM**
                                     )
17          Defendant.               )
    _____ )
18

19          To the Honorable Bernard Zimmerman, United States District Court Judge of the United

20  States District Court for the Northern District of California:

21          The United States of America respectfully petitions the Court to issue a Writ of Habeas

22  Corpus Ad Prosequendum for the prisoner MONTRECE LAMONT GORDON, whose place of

23  custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers

24  that the prisoner is required to appear in the above-entitled matter in this Court, and

25  //

26  //

27  //

28  //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0729 PJH

1  therefore petitioner requests that this Court issue the Writ as presented.

2

3  DATED: November 20, 2007                    Respectfully submitted,

4                                              SCOTT N. SCHOOLS
                                               United States Attorney

5

6                                                  /s/ Derek Owens

7                                              DEREK R. OWENS
                                               Assistant United States Attorney

8

9  IT IS SO ORDERED.

10

11  DATED:  November 21, 2007

12

13                                             HON. BERNARD ZIMMERMAN
                                               United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of the California Department of Corrections and Rehabilitation Facility at San Quentin, San Quentin, CA 94964, (415) 454-1460.

**GREETINGS**

WE COMMAND that on December 18, 2007, at 9:30 p.m., you have and produce the body of MONTRECE LAMONT GORDON, California Department of Corrections number H032496, in your custody in the above-referenced institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Maria Elena James, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, so MONTRECE LAMONT GORDON may then and there appear for a status appearance upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-referenced institution, or to abide by such order of the above-entitled Court concerning the custody of MONTRECE LAMONT GORDON, and to further produce MONTRECE LAMONT GORDON at all times necessary until the termination of the proceedings in this Court;

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Bernard Zimmerman, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:  November 21, 2007

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_Rose Maher_
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM, CR 07-0729 PJH