UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** January 16, 2008                                      **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0729PJH

**Case Name:** UNITED STATES v. MONTRECE GORDON (Present In Custody)

**Attorney for Plaintiff:** Denise Barton
**Attorney for Defendant:** Geoff Hansen

**Deputy Clerk:** Frank Justiliano        **Court Reporter:** Catherine Edwards
**Interpreter:** None                         **Probation Officer:** None

PROCEEDINGS

Trial Setting held.

**CASE CONTINUED TO:** January 30, 2008 at 1:30 p.m. **for** Change of Plea.

--------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Time is excluded until January 30, 2008 for effective preparation of counsel. AUSA to prepare stipulated order.
--------------------------------------------------------------------------------

**cc:** Chambers