UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 30, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-07-0729 PJH

**Case Name:** UNITED STATES v. MONTRECE GORDON (C)

**Attorney for Plaintiff:** Derek Owens
**Attorney for Defendant:** Geoff Hansen

**Deputy Clerk:** Nichole Heuerman                **Court Reporter:** Jim Yeomans

**PROCEEDINGS**

     Change of Plea-Held. The defendant is sworn. The plea agreement is signed and filed in court. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The defendant enters a plea of guilty as to the sole count in the indictment. The plea is accepted. The defendant is adjudged guilty of the offense. The defendant is referred to probation to conduct a presentence investigation.

**CASE CONTINUED TO:** April 16, 2008 at 1:30 p.m. for Sentencing.

**cc:** chambers