BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GORDON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07 - 729 PJH |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| vs. | |
| MONTRECE L. GORDON, | |
| Defendant. | |

    The defendant Montrece Gordon submits this sentencing memorandum to ask the Court to sentence Mr. Gordon to the low end of the guideline range 51 months. This request is based upon a number of factors in this case which merit the imposition of that sentence.

    Mr. Gordon was originally charged with this offense in state court, and was prepared to plead guilty there when the case was transferred to federal court. Despite the fact that this transfer subjected Mr. Gordon to the possibility of a much higher sentence, he indicated that he was still willing to plead guilty and did so forthwith before this Court, thereby saving valuable judicial resources for all the parties.

    Mr. Gordon's record is comprised of drug and auto theft related offenses, and for his last conviction in 1996 for auto burglary and wilful evasion of a police officer he received the

SENTENCING MEMO                               1

particularly severe sentence of 11 years. The charge for which he stands before this Court, felon in possession of a firearm, is categorically considered to be a non-violent felony under the guidelines. More importantly, the manner in which Mr. Gordon committed this offense does not suggest that he had the firearm for reasons other than protection; a colleague gave him the weapon for his protection and when the police attempted to stop him on the street while investigating a robbery committed by someone else, he ran and immediately threw the gun away.[1]

As this Court can see from Mr. Gordon's personal history, he had an absolutely horrendous childhood and had virtually no guidance as a youth. His mother was 14 years old when he was born, and Mr. Gordon never really knew his father. His mother started living with another man when Mr. Gordon was very young, and both Mr. Gordon's mother and stepfather abused drugs while he was growing up. Mr. Gordon constantly ran away from home, and ended up either in his grandmother's house or in a group home. He started using marijuana when he was seven years old, and by age 14 he was a habitual drug user.

Despite this horrible background, when Mr. Gordon last got out of prison in 2005 he decided to seriously attempt to put himself on a different track. By this time he was 33 years old, and knew he could not return to the use of drugs or he would be back in the same trouble which he had been in before. He attended Narcotics Anonymous, and has successfully remained drug free since his release. He started looking for work, and got several temporary jobs. Mr. Gordon would still be working had it not been for the fact that some of his employers went out of business. He started going to church on a regular basis, and has received help and support from his community as a result.

Most importantly, Mr. Gordon met a wonderfully supportive women, Shawntea Russell, in 2005, and married her one year later. Ms. Russell (now Gordon) has been employed for the

---

[1] It is important to note that the victim of the robbery was asked to look at Mr. Gordon after Gordon was arrested for running away from the police, and told the police definitively that Mr. Gordon was not the robber.

SENTENCING MEMO                 2

last 10 years a bus driver for AC Transit, and has three children from a prior relationship. As she told the Probation Officer, once Mr. Gordon got out of prison this last time he tried as hard as he could to turn his life around. When he wasn't working, Mr. Gordon spent time with the children and became a role model for them – as she put it, he is a wonderful person with a "big heart." Mrs. Gordon remains completely supportive of her husband, and stressed to the Probation Officer how loving and caring her husband has been to her and her children.

Mr. Gordon knows that the current offense was a step backwards for him, and that he must be punished for his conduct. He only hopes that the Court will recognize that he was trying to do better for himself, and that after he is released from custody he will return to his wife and family and will start over again doing what he know he has to do to stay out of trouble.

With all of these factors being taken into consideration, a low end sentence is appropriate in this case. It will certainly punish the defendant for his actions, but will not be so severe as to be counterproductive. In addition, it will serve all of the purposes of sentencing under 18 U.S.C. § 3553(a). Mr. Gordon therefore asks the Court to sentence him to 51 months.

Dated: April 11, 2008

                      Respectfully submitted,

                      BARRY J. PORTMAN
                      Federal Public Defender

                      /S/

                      GEOFFREY A. HANSEN
                      Chief Assistant Federal Public Defender