UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: April 16, 2008                           JUDGE: Phyllis J. Hamilton

Case No: CR-07-0729 PJH

Case Name: UNITED STATES v. MONTRECE GORDON (C)

Attorney for Plaintiff:    Derek Owens
Attorney for Defendant: Geoff Hansen

Deputy Clerk: Nichole Heuerman              Court Reporter: Jim Yeomans

Probation: Ann Searles

PROCEEDINGS

Sentencing-Held. The defendant is committed to the custody of the Bureau of Prisons for a term of 51 months; 3 years supervised release with the following special conditions: 1) defendant shall participate in a program for testing and treatment for drug and alcohol abuse 2) defendant shall abstain from the use of alcoholic beverages 3) defendant shall participate in mental health treatment 4) defendant shall submit to a search 5) defendant shall not own or possess any firearms, ammunition, destructive devices or and other dangerous weapons and 6) defendant shall cooperate in the collection of DNA. The defendant shall pay a special assessment in the amount of $100; due immediately. If the defendant is not able to pay immediately it shall be paid through the BOP Financial Responsibility Program at no less than $25 per quarter.

The court to make a recommendation to the BOP that the defendant be designated to a facility in California to facilitate family visits.

cc: chambers