**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No. CR 07-0729 PJH

12              Plaintiff,                          **SEALING ORDER PURSUANT TO
                                                    GENERAL ORDER 54**
13        v.

14    MONTRECE LAMONT GORDON,

15              Defendant.
                                                  /
16

17        The following documents in this action are placed under seal and shall not be opened

18    except by the United States Sentencing Commission for its eyes only and shall not be

19    transmitted or otherwise opened except by order of this court upon application.

20        ☒        Presentence Report

21        ☐        Plea Agreement

22        ☐        Statement of Reasons

23        ☐        _____
                   (Other)
24

25    **IT IS SO ORDERED.**

26

27    Dated: 4/22/08                    _____
                                        PHYLLIS J. HAMILTON
28                                      UNITED STATES DISTRICT JUDGE